ENTERED
RECEIVED
FILED
LODGED

JUN 25 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

07-CV-00730-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DREW THOMPSON,               )
                             )
        Plaintiff,           )     CASE NO. C07-730-JLR-MJB
                             )
    v.                       )
                             )
DIRECTOR OF DEPARTMENT OF    )     ORDER OF TRANSFER
CORRECTIONS, et al.,         )     TO TACOMA
                             )
        Defendants.          )
                             )

        Plaintiff has filed a complaint under 42 U.S.C. § 1983 in which he alleges that he was abused

by employees of the Washington Corrections Center during his incarceration there in 2005. Plaintiff

identifies as defendants in this action the Director of the Washington Department of Corrections, the

Warden of the Washington Corrections Center, Lieutenant Leftwitch, and Corrections Officer Smith.

The Washington Corrections Center is located in Mason County, Washington. Because all of

plaintiff's claims arise out of his incarceration at the Washington Corrections Center, this action is

properly adjudicated by the Tacoma Division of the United States District Court for the Western

District of Washington.

        Accordingly, this case is hereby TRANSFERRED to the United States District Court for the

Western District of Washington at Tacoma pursuant to Local Rule CR 5(e).

ORDER OF TRANSFER
TO TACOMA -1

1       The Clerk is directed to take the steps necessary to transfer this case to Tacoma and to remove

2  the case from this court. The Clerk is further directed to send copies of this Order to plaintiff and to

3  the Honorable Monica J. Benton.

4       DATED this 25ᴵᵉ day of _____June_____, 2007.

5

6                                  _____

                                   JAMES L. ROBART

7                                   United States District Judge

8

9  Recommended for entry this

    22ⁿᵈ day of June, 2007.

10

11  ____/s/Monica J. Benton_____

    Monica J. Benton

12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF TRANSFER
TO TACOMA -2