UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW THOMPSON

    Plaintiff,

  v.

SECRETARY OF THE WASHINGTON
STATE DEPARTMENT OF CORRECTIONS
*et al*.,

    Defendants

Case No. C07-0730RJB

ORDER TO PROVIDE
SERVICE DOCUMENTS

This case has been transferred from the Seattle court to Tacoma. Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable complaint (Dkt. # 1)  There are no services copies of the 40 page complaint and no Marshal service forms on file. **The clerks office is directed to send Mr. Thompson four Marshal service forms.**

Plaintiff will fill out the forms **and provide a copy of the complaint with attachments for each defendant. The forms and copies are due on or before July 28, 2007** or the court will recommend this action be dismissed for failure to comply with a court order and failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **July 28, 2007.**

DATED this 2 day of July 2007.

                            */S/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER